# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

| | |
|---|---|
| **Case Number:** 16-10807-7 REN | **Trustee:** (360070) DARCY D WILLIAMSON |
| **Case Name:** RAY, CARL DAVID | **Filed (f) or Converted (c):** 05/06/16 (f) |
| RAY, DONNA B | **§341(a) Meeting Date:** 06/07/16 |
| **Period Ending:** 09/30/18 | **Claims Bar Date:** 01/11/18 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 329 N Lancaster Dr, Wichita, KS | 240,000.00 | 0.00 | | 0.00 | FA |
| 2 | 1401 W Basswood, Andover, KS (Est.) (See Footnote) | 110,000.00 | 5,500.00 | | 0.00 | 110,000.00 |
| 3 | 2820 S Chase Ave, Wichita, KS 67217-1312, Sedgwi | 80,000.00 | 0.00 | | 0.00 | FA |
| 4 | 2003 Chevrolet Tahoe | 5,000.00 | 0.00 | | 0.00 | FA |
| 5 | Furnishings | 10,000.00 | 0.00 | | 0.00 | FA |
| 6 | Electronics | 400.00 | 0.00 | | 0.00 | FA |
| 7 | 9mm | 100.00 | 0.00 | | 0.00 | FA |
| 8 | Clothes | 1,500.00 | 0.00 | | 0.00 | FA |
| 9 | Jewelry | 1,000.00 | 0.00 | | 0.00 | FA |
| 10 | Andover State Bank checking account (Est.) | 100.00 | 100.00 | | 0.00 | FA |
| 11 | E-Trade Account Title interest only | 1,222.00 | 0.00 | | 0.00 | FA |
| 12 | Medical Dynamics LLC (Est.) | 0.00 | 100.00 | | 0.00 | FA |
| 13 | Trinity Medical Group LLC (Est.) | 0.00 | 100.00 | | 0.00 | FA |
| 14 | Ray Development LLC (Est.) | 0.00 | 5,000.00 | | 0.00 | FA |
| 15 | Allied Medical LLC (Est.) | 0.00 | 100.00 | | 0.00 | FA |
| 16 | IRA -David | 23,000.00 | 0.00 | | 0.00 | FA |
| 17 | IRA-Donna | 13,000.00 | 0.00 | | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 16-10807-7 REN | **Trustee:** (360070) DARCY D WILLIAMSON |
| **Case Name:** RAY, CARL DAVID | **Filed (f) or Converted (c):** 05/06/16 (f) |
| RAY, DONNA B | **§341(a) Meeting Date:** 06/07/16 |
| **Period Ending:** 09/30/18 | **Claims Bar Date:** 01/11/18 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 18 | 529 account - Austin Ray | 4,977.00 | 0.00 | | 0.00 | FA |
| 19 | 529 account - Adam Ray | 5,602.00 | 0.00 | | 0.00 | FA |
| 20 | Possible Avoidance Action- SOFA #7 (Est.) | 20,594.00 | 10,000.00 | | 0.00 | FA |
| 21 | Possible Avoidance Action- SOFA #18 (Est.) | Unknown | 2,500.00 | | 0.00 | FA |
| 22 | 2016 Federal and State Tax Refunds (u) | 11,103.49 | 3,866.59 | | 3,866.59 | FA |
| 23 | Void-duplicate asset (u) | 0.00 | 0.00 | | 0.00 | FA |
| **23** | **Assets** **Totals** (Excluding unknown values) | **$527,598.49** | **$27,266.59** | | **$3,866.59** | **$110,000.00** |

RE PROP# 2    Trustee originally estimated FMV of property to be $110,000 less mortgage and sales costs to arrive
at $5500. The Trustee has discerned property was sold at tax foreclosure sale for $107,000 without
relief from stay. Taxes were paid and over $88000 was remitted to the debtors (who paid BOA, who
did not file and answer in the foreclosure.) Trustee filed an Adversary and the same will be settled
for approximately $78,000 upon a Motion and Order.

**Major Activities Affecting Case Closing:**

Investigated value of assets and have only pursued tax refund and 549 (Asset 2). Upon settlement, trustee will need to prepare estate tax returns.

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 3

| **Case Number:** | 16-10807-7 REN | **Trustee:** | (360070) | DARCY D WILLIAMSON |
| **Case Name:** | RAY, CARL DAVID | **Filed (f) or Converted (c):** | 05/06/16 (f) | |
| | RAY, DONNA B | **§341(a) Meeting Date:** | 06/07/16 | |
| **Period Ending:** | 09/30/18 | **Claims Bar Date:** | 01/11/18 | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) abandon. | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Initial Projected Date Of Final Report (TFR):** November 30, 2017     **Current Projected Date Of Final Report (TFR):** May 30, 2019

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 16-10807-7 REN  
**Case Name:** RAY, CARL DAVID  
RAY, DONNA B  
**Taxpayer ID #:** **-***6553  
**Period Ending:** 09/30/18  

**Trustee:** DARCY D WILLIAMSON (360070)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******0466 - Checking Account  
**Blanket Bond:** $25,100,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/17/17 | {22} | U.S. Treasury | 2016 Tax Refund | 1224-000 | 3,866.59 | | 3,866.59 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,856.59 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,846.59 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,836.59 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,826.59 |
| 02/28/18 | 101 | Carl David and Donna B. Ray | Non estate funds per Order dated 2/6/2018 | 8500-002 | | 2,378.96 | 1,447.63 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,437.63 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,427.63 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,417.63 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,407.63 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,397.63 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,387.63 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,377.63 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 5.00 | 1,372.63 |
| | | | **ACCOUNT TOTALS** | | 3,866.59 | 2,493.96 | **$1,372.63** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 3,866.59 | 2,493.96 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$3,866.59** | **$2,493.96** | |

{} Asset reference(s)

Case 16-10807 Doc# 43 Filed 10/25/18 Page 4 of 5

Printed: 10/22/2018 11:22 AM V.14.14

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 16-10807-7 REN
**Case Name:** RAY, CARL DAVID
RAY, DONNA B
**Taxpayer ID #:** **-***6553
**Period Ending:** 09/30/18

**Trustee:** DARCY D WILLIAMSON (360070)
**Bank Name:** Rabobank, N.A.
**Account:** ******0466 - Checking Account
**Blanket Bond:** $25,100,000.00 (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|

|   | TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|---|
|   | Checking # ******0466 | 3,866.59 | 2,493.96 | 1,372.63 |
|   |   | $3,866.59 | $2,493.96 | $1,372.63 |

{} Asset reference(s)       Case 16-10807   Doc# 43   Filed 10/25/18   Page 5 of 5        Printed: 10/22/2018 11:22 AM   V.14.14